AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br>KYLE SOTO<br><br>_Defendant(s)_ | Case No. 5:18-mj-54<br>FILED UNDER SEAL |

**FILED**
APR 24 2018
_Matthew Thale_
CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 15, 2017__ in the county of __Pennington__ in the _____ District of __South Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor Using the Internet |

The complaint is based on the facts set forth in the attached affidavit. The offense is described as follows:

The defendant, Kyle Soto, did use a facility and means of interstate commerce, that is, a cellular phone and computer attached to the Internet, to attempt to knowingly persuade, induce, entice, and coerce an individual who had not yet attained 18 years of age, namely an 11-year-old boy from Rhode Island, to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, criminal sexual conduct in violation of 18 U.S.C. § 2251(a), Sexual Exploitation of a Minor, all in violation of 18 U.S.C. §§ 2422(b) and 2427.

☑ Continued on the attached sheet.

_Complainant's signature_
SARAH COLLINS, AUSA
_Printed name and title_

Sworn to before me and: ☑ signed in my presence.
[] Submitted, attested to and acknowledged by reliable electronic means.

Date: __04/24/2018__

_Judge's signature_

City and state: __Rapid City, SD__

Daneta Wollmann
_Printed name and title_